# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SUZANNE BLAUSTEIN,**
Appellant,

v.

**LISA K. BERMAN,**
Appellee.

No. 4D20-2619

[December 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 502019GA000665.

Esther A. Zaretsky of Law Office of Esther A. Zaretsky, West Palm Beach, for appellant.

R. Lee McElroy IV of Downey | McElroy, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***